UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BTL INDUSTRIES, INC.**, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>**VERSALINI BEAUTY & SPA SALON**, a New York Company<br><br>Defendant. | Civil Action No.: 1:23-cv-08617-LJL<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION |

It is hereby ORDERED, ADJUDGED, and DECREED that for the reasons stated in the Court's Opinion and Order dated July 8, 2024, the Court awards judgment in favor of Plaintiff as follows:

1. The Court has subject matter and personal jurisdiction over this action and the parties.

2. Venue is proper before this District.

3. Judgment is entered on the Complaint brought by Plaintiff against Defendant Versalini Beauty & Spa Salon on all causes of action brought against it, as follows:

    a. Judgment is entered for Plaintiff and against Defendant on the first cause of action for infringement of U.S. Patent No. 10,478,634.

    b. Judgment is entered for Plaintiff and against Defendant on the second cause of action for trademark infringement under 15 U.S.C. § 1114.

    c. Judgment is entered for Plaintiff and against Defendant on the third cause of action for federal unfair competition, false designation of origin, and false advertising under 15 U.S.C. § 1125.

1

      d.      Judgment is entered for Plaintiff and against Defendant on the fourth cause of action for common law trademark infringement and unfair competition.

4.      Plaintiff is awarded $200,000 in statutory damages against Defendants.

5.      Plaintiff is awarded a permanent injunction against Defendant. Defendant is permanently enjoined from:

      a.      Using BTL Trademarks to promote, market, advertise, or offer for sale any good or service that is not offered by a genuine BTL product, or is not authorized by BTL;

      b.      Passing off, inducing, or enabling others to sell or pass off any good or service as a good or service offered by a genuine BTL product that is not BTL's or not offered with BTL's approval; and

      c.      Further infringing BTL's trademarks and patent.

6.      Plaintiff's Motion to Seal portions of its memorandum of law, Dkt. No. 20, and declaration of Jason Wooden, Dkt. No. 22, in support of its motion for default judgment, Dkt. No. 14, is granted.

SO ORDERED.

Dated: July 24, 2024  
      New York, New York

                                                                                        LEWIS J. LIMAN  
                                                                                        United States District Judge